IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Court No. 18-cv-2216 |
| | ) | |
| BRANDY MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

1. Plaintiff is the United States, on behalf of the United States Department of Education, an agency of the United States Government. Jurisdiction is based on 28 U.S.C. §1345.

2. Defendant, Brandy Moore, is an individual and a resident of Monticello, Illinois, which is located in the Central District of Illinois, Urbana Division.

3. Venue is proper under 28 U.S.C. §1391(b)(1).

4. Defendant became indebted to the United States as set forth in the Certificate of Indebtedness and promissory note(s), attached as Exhibits A and B, respectively.

5. Defendant is indebted to Plaintiff in the amount of $98,146.83 ($53,317.89 principal, $44,428.94 agency accumulated interest, plus $400.00 court costs), together with additional interest at the rate of 8.25% from January 20, 2018 until the date of Judgment (i.e., $12.04 per day). (See Exhibit A)

6. Due demand has been made upon Defendant; Defendant has failed, neglected and refused, and continues to fail, neglect and refuse to reimburse Plaintiff.

WHEREFORE, Plaintiff prays for Judgment against said Defendant in the above amount, plus interest from the date of Judgment at the legal rate until paid in full, and other proper relief.

                    Respectfully submitted,

                    JOHN E. CHILDRESS  
                    UNITED STATES ATTORNEY

Date: August 15, 2018

                    s/Gail L. Noll_____  
                    Gail L. Noll, Bar No. 6243578  
                    Attorney for Plaintiff  
                    United States Attorney's Office  
                    318 S. 6th Street  
                    Springfield, Illinois 62701  
                    Tel: 217-492-4450  
                    Fax: 217-492-4580  
                    Email:  Gail.Noll@usdoj.gov

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Brandy Moore
Aka: Brandy R. Moore

Monticello, IL
Account No. XXXXX6379

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 01/19/18.

On or about 11/15/00, the BORROWER executed a promissory note to secure a Federal Family Education Loan Program Consolidation loan from Citibank c/o SunTech. This loan was disbursed for $35,451.88 on 11/28/00 at 8.25% interest per annum. The loan obligation was guaranteed by Educational Credit Management Corporation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 04/23/06, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $53,317.89 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b) (4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 10/22/13, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

Principal:        $53,317.89

Interest:         $44,428.94

    Total debt as of 01/19/18:    $97,746.83

Interest accrues on the principal shown here at the rate of $12.04 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2-22-18

s/Philippe Guillon
Loan Analyst
Litigation Support Unit

Philippe Guillon
Loan Analyst

EXHIBIT A

E-FILED
Wednesday, 15 August, 2018  02:09:07 PM
Clerk, U.S. District Court, ILCD

# Loan Consolidation Application and Promissory Note

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties... the United States Criminal Code and 20 U.S.C. 1097

"I declare under penalty of perjury that the foregoing is a true and correct copy of the original promissory note"

Signature: s/MaryAnn Ralston
Title: Sr. Settlement ... Must be an appropriate Agency official
Date: 001-0801-1002   8/19/05

## Section I — Personal Information — Please Print

| Field | Value |
|---|---|
| 1. Social Security Number | ...6379 |
| Last Name | MOORE |
| 2. Birth Date | — |
| 3. Area Code/Telephone Number | (217) 893-8101 |
| City | FONTON / PONTON, IL 61866 |
| 4. Driver's License State and Number | 6797 IL |
| 5. Employer Name | DEVELOPMENTAL SERVICES CTR |
| 6. Employer Telephone | (217) 356-7295 |
| Employer Address | 800 Bradley, CHAMPAIGN IL 61820 |

**7A. Relative not living with you:** MARILYN WORDALL, PANA IL 62557, Tel 217-562-5713

**7B. Another person who knows you:** BRANDON PIFFORD, PANA IL 62557, Tel 217-562-5731

**7C. Another person who knows you:** DONALD MOORE, PANA IL 62557, Tel 217-539-4417

## Section II — Student Loan Information

8. Student loans I wish to have consolidated:

| A. Creditor/Servicer Name & Address | B. Account Number | C. Type of Loan | D. Guarantor | E. Current Balance | F. Interest Rate | G. Is the Loan in Grace/Repayment Status? YES / NO |
|---|---|---|---|---|---|---|
| (a) Sallie Mae Servicing | ...6379 | US | | $16500.00 | 8 | X / — |
| (b) William D Ford Direct | 6379 | SS | | $2000.00 | 8.25 | — / X |
| (c) | | | | | | |
| (d) | | | | | | |
| (e) | | | | | | |
| (f) | | | | | | |

**TOTAL: $18500.00**

9. Student loans I wish to have considered for purposes of determining my Repayment Schedule, but that I do not wish to have consolidated. DO NOT DUPLICATE LOANS LISTED IN ITEM 8.

| A. Creditor/Servicer Name & Address | B. Account Number | C. Type of Loan Program | D. Estimated Current Balance |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

**TOTAL: $0.00**

## Section III — Repayment Options

10. I prefer ("X" one): ☐ Level Payment Schedule   ☐ Graduated Payment Schedule   **2 Years**

## Section IV — Promissory Note and Borrower Certification

1. Promise to Pay and Borrower Certification: [the undersigned Borrower, promise to pay to you or your order a sum equal to the total amount disbursed to me... Repayment Schedule and Disclosure Statement which will be provided to me at the time my former Creditor(s) have discharged my obligations for the loans selected for consolidation. In the event the Repayment Schedule and Disclosure Statement conflicts with any information on the Application and Promissory Note, the Repayment Schedule and Disclosure Statement is controlling. I declare under penalty of perjury under laws of the United States that the information provided on this Application is true and correct. I will not sign this Note before reading it, including the terms which continue on the reverse side, even if otherwise advised. I further certify I am not now in default on a Federal Perkins loan (formerly National Defense/Direct Loan), a Federal Stafford Loan (formerly called the Guaranteed Student Loan), or a Federal Insured Student Loan or a Federal Supplemental Loan for Students (including ALAS loans) that I have selected for consolidation. I also certify I am in repayment status or in a grace period preceding repayment and not more than 90 days delinquent on any of the loans listed above that I have chosen for consolidation. In addition I certify I have no Federal Consolidation Loan Application pending with another Lender. If my consolidating Lender does not hold any of the loan(s) selected for consolidation, I certify I have sought but have been unable to obtain a Federal Consolidation loan from the Holder(s) of my eligible loan(s) for consolidation. I hereby authorize the Holder(s) of any of my loans which make up the Federal Consolidation loan to pay the consolidating Lender any refund which may be owed to me. I understand that my Federal SLS/ALAS loans may be refinanced at the current annual variable rate as determined by the Secretary of the United States Department of Education called the Secretary) in accordance with the Higher Education Act of 1965, as amended (hereinafter called the Act) as a part of this consolidation. I authorize (a) the Creditor(s) listed above in Item 8 to refund to the consolidating Lender, for purposes of verifying student loan information in order that my consolidate my student loans pursuant to the Act. That information is for the use of consolidating my student loans. I am entitled to an exact copy of this Note. By signing this Note, I acknowledge I understand and agree to the conditions stated on this Note, and have received an exact copy.]

**11. BORROWER SIGNATURE**

X  s/Brandy R. Moore

**DATE:** 11-15-2000

**NOTICE TO BORROWER:** Terms of the Promissory Note continue on reverse side. Be sure you have completed Section I, II, III and signed the Promissory Note in Section IV before mailing to the Consolidating Lender.

## Section V — To Be Completed By The Consolidating Lender

| 12. Total Federal Stafford | Total Federal SLS | Total FISL | Total HPSL | Total Federal Perkins |
|---|---|---|---|---|
| 34,698.47 | 495.38 | | | |

| 14. Name and Address of Lending Institution | 15. Anticipated Disb. Date | 16. First Payment Due Date | 17. New Loan Balance |
|---|---|---|---|
| Citibank c/o SunTech | 11/28/00 | 12/28/00 | 35,193.85 |

| 18. ... | 19. Int. Rate | 20. Telephone Number | 21. Lender Code |
|---|---|---|---|
| 240 MO | 8.25 | (800) 899-5800 | 824756 |

22. Signature of Authorized Lending Official: ___
    Print or Type Name and Title: LYNN LISTED, MANAGER OF NEW ACCTS
    DATE: 11-28-00

White — Lender  Yellow — Guarantor  Pink — Borrower
Return white and yellow copies to the ...  Copyright 1995 United Student Aid Funds, Inc. All rights reserved.
Keep the pink copy for your records.
20-1161C 10/95

POOR SOURCE ORIGINAL
DOCUMENTS RETAINED

EXHIBIT B

JS 44   (Rev. 06/17)                                                  CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government Plaintiff
❏ 2   U.S. Government Defendant
❏ 3   Federal Question *(U.S. Government Not a Party)*
❏ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| | | | | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1  Original Proceeding
❏ 2  Removed from State Court
❏ 3  Remanded from Appellate Court
❏ 4  Reinstated or Reopened
❏ 5  Transferred from Another District *(specify)*
❏ 6  Multidistrict Litigation - Transfer
❏ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏  CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ❏ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____